FILED by _____ D.C.

ELECTRONIC

**Mar 6 2006**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| ATAGUN SERIFSOY, On Behalf of Himself and All Others Similarly Situated, | ) ) ) Civil Action No. 05-CV-23370 |
| Plaintiff, | ) ) Judge Paul C. Huck ) ) |
| vs. | ) ) ) |
| SFBC INTERNATIONAL INC., LISA KRINSKY, ARNOLD HANTMAN, and E. COOPER SHAMBLEN, | ) ) ) ) |
| Defendants. | ) ) ) |

(See additional captions on subsequent pages)

## DECLARATION OF MICHAEL J. PUCILLO IN SUPPORT OF THE MOTION OF THE ARKANSAS TEACHER RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION   OF COUNSEL AS LEAD COUNSEL FOR THE CLASS

|  |  |
|---|---|
| ) | |
| RICHARD FREEMAN, On Behalf of ) | Civil Action No. 06-CV-20059 |
| Himself and All Others Similarly Situated, ) | |
| ) | Judge Paul C. Huck |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SFBC INTERNATIONAL INC., LISA ) | |
| KRINSKY, ARNOLD HANTMAN, and E. ) | |
| COOPER SHAMBLEN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

|  |  |
|---|---|
| ) | |
| JACK and DIANA KUPER, Jointly and ) | Civil Action No. 06-CV-20120 |
| On Behalf of Themselves and All Others ) | |
| Similarly Situated, ) | Judge Paul C. Huck |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| SFBC INTERNATIONAL INC., LISA ) | |
| KRINSKY, ARNOLD HANTMAN, and E. ) | |
| COOPER SHAMBLEN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

|  |  |
|---|---|
| ) | |
| DENNIS A. KOLTUN, On Behalf of ) | Civil Action No. 06-CV-20122 |
| Himself and All Others Similarly Situated, ) | |
| ) | Judge Paul C. Huck |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SFBC INTERNATIONAL INC., LISA ) | |
| KRINSKY, ARNOLD HANTMAN, and E. ) | |
| COOPER SHAMBLEN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

|  |  |
|---|---|
| CHRISTIAN MONTERO, On Behalf of Himself and All Others Similarly Situated, | Civil Action No. 06-CV-20124 |
| Plaintiff, | Judge Paul C. Huck |
| vs. | Magistrate Judge Andrea M. Simonton |
| SFBC INTERNATIONAL INC., LISA KRINSKY, ARNOLD HANTMAN, DAVID NATAN, MARC LeBEL and E. COOPER SHAMBLEN, | |
| Defendants. | |

I, Michael J. Pucillo, declare as follows:

1.       I am a member in good standing of the bar of the State of Florida and the bar of this Court.  I am a partner in the law firm of Berman DeValerio Pease Tabacco Burt & Pucillo.  I submit this declaration in support of the motion by the Arkansas Teacher Retirement System ("Arkansas Teachers") for (1) appointment as Lead Plaintiff and (2) approval of its selection of Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel for the Class and Berman DeValerio Pease Tabacco Burt & Pucillo as Liaison Counsel for the Class.

2.       Attached as Exhibits A through G are true and correct copies of the following documents:

| Exhibit A: | Certification of Arkansas Teachers; |
|---|---|
| Exhibit B: | Declaration of David R. Malone, Executive Director of Arkansas Teachers; |
| Exhibit C: | Chart showing calculation of the losses of Arkansas Teachers in securities of SFBC International, Inc.; |
| Exhibit D: | Notice of filing of securities class action against SFBC International, Inc., issued on January 3, 2006; |
| Exhibit E: | Notice that "Public Pension Fund Intends to Pursue Expanded Securities Class Action Claims Against SFBC International Inc.," issued by Bernstein Litowitz Berger & Grossmann LLP on behalf of Arkansas Teachers on February 28, 2006; |
| Exhibit F: | Firm biography of Bernstein Litowitz Berger & Grossmann LLP; and |
| Exhibit G: | Firm biography of Berman DeValerio Pease Tabacco Burt & Pucillo. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of March, 2006

/s/ Michael J. Pucillo
Michael J. Pucillo

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 6, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system.  I further certify that on the same date I mailed the foregoing document to:  See attached Service List.

<u>s/ Michael J. Pucillo      .</u>
Michael J. Pucillo

3

G:\Securities\SFBC\LP-Mtn_MJP_Declaration_ia.DOC

### KUPER v. SFBC INTERNATIONAL, INC., ET AL.
CASE NO. 06-CV-20120

### SERVICE LIST

Michael J. Pucillo, Esq.
mpucillo@bermanesq.com
Jay W. Eng, Esq.
jeng@bermanesq.com
BERMAN DeVALERIO PEASE
  TABACCO BURT & PUCILLO
Esperanté Bldg., Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401
Tel:    561/835-9400
Fax:    561/835-0322

Attorneys for Plaintiffs

Charles J. Piven, Esq.
LAW OFFICES OF CHARLES J.
  PIVEN, P.A.
401 East Pratt Street, Suite 2525
Baltimore, MD 21202
Tel:    410/986-0036
E-Mail: hoffman@pivenlaw.com

Attorneys for Plaintiffs

Kevin McGee, Esq.
Richard A. Speirs, Esq.
ZWERLING SCHACHTER
  & ZWERLING LLP
595 South Federal Hwy.
Suite 600
Boca Raton, FL 33432

Kenneth J. Vianale, Esq.
Julie Prag Vianale, Esq.
VIANALE & VIANALE LLP
2499 Glades Road
Suite 112
Boca Raton, FL 33431

Ronen Sarraf, Esq.
Joseph Gentile, Esq.
SARRAF GENTILE LLP
485 Seventh Ave.
Suite 1005
New York, NY 10018

Paul J. Geller, Esq.
Jack Reise, Esq.
LERACH COUGHLIN STOIA
  GELLER RUDMAN & ROBBINS LLP
197 S. Federal Highway
Suite 200
Boca Raton, FL 33432

Marian P. Rosner, Esq.
Michael A. Schwartz, Esq.
James Kelly-Kowlowitz, Esq.
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022

William S. Lerach, Esq.
Darren J. Robbins, Esq.
LERACH COUGHLIN STOIA
  GELLER RUDMAN & ROBBINS LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Kevin B. Love, Esq.
Michael E. Criden, Esq.
HANZMAN & CRIDEN PA
220 Alhambra Circle
Suite 400
Coral Gables, FL 33134

Richard H. Critchlow, Esq.
KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Blvd.
Miami, Fl 33131

Steven Greenberg, Esq.
ENTIN, DELLA FERA
  & GREENBERG, P.A.
110 S.E. 6th Street
Suite 1970
Ft. Lauderdale, FL 33301

Tracy Nichols, Esq.
tnichols@hklaw.com
Louise M. Brais, Esq.
lbrais@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue
Suite 3000
Miami, FL 33131
Tel:    305/374-8500
Fax:    305/789-7799

# EXHIBIT A

## CERTIFICATION

David Malone, Executive Director of the Arkansas Teacher Retirement System ("Arkansas Teachers") declares, as to the claims asserted under the federal securities laws, that:

1.      He has reviewed a complaint filed in this matter.

2.      Arkansas Teachers did not purchase the securities that are the subject of this action at the direction of its counsel or to participate in this private action.

3.      Arkansas Teachers is willing to serve as a Lead Plaintiff and class representative on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.      Arkansas Teachers' transactions in SFBC International, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5.      Arkansas Teachers is currently serving as Lead Plaintiff in the following actions filed during the three years preceding the date of this Certification:

*In re MasTec Securities Litigation*
*In re Williams Companies Securities Litigation*

6.      During the three years prior to the date of this Certification, Arkansas Teachers has sought to serve as Lead Plaintiff for a class in the following actions under the federal securities law but was not appointed:

*In re Royal Dutch/Shell Securities Litigation*
*In re Healthsouth Corporation Securities Litigation*

7.      Arkansas Teachers has filed a motion for Appointment as Lead Plaintiff in the following action, in which a decision on the motion is pending:

*Glauser v. EVCI Career Colleges Holdings Corp et al*

8.      Arkansas Teachers will not accept any payment for serving as a representative party on behalf of the Class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the Class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of March 2006.

David Malone
Executive Director
Arkansas Teacher Retirement System

**Arkansas Teacher Retirement System**
**Transactions in SFBC International Inc. Securities**
**Relevant Period: 8/04/03 - 12/15/05**

## SFBC 2.25% Convertible Senior Notes due 2024

*Opening balance as of the beginning of the relevant period is zero.*

| Transactions | Trade Date | Par Amount | Price* |
|---|---|---|---|
| BUY | 11/18/2004 | $760,000 | 116.7160 |
| BUY | 11/19/2004 | $510,000 | 118.3180 |
| BUY | 11/22/2004 | $1,015,000 | 118.2850 |
| BUY | 11/23/2004 | $510,000 | 120.6630 |
| BUY | 1/18/2005 | $505,000 | 117.0310 |
| BUY | 2/24/2005 | $1,210,000 | 123.9070 |
| SELL | 4/18/2005 | $755,000 | 95.7300 |
| SELL | 11/3/2005 | $1,510,000 | 97.2423 |
| SELL | 11/16/2005 | $2,245,000 | 85.7414 |

*Price is expressed as a percentage of the par value.*

## SFBC Common Stock

*Opening balance as of the beginning of the relevant period is zero.*

| Transactions | Trade Date | Shares | Price Per Share |
|---|---|---|---|
| BUY | 10/20/2005 | 18,100 | $41.5291 |
| BUY | 10/21/2005 | 1,600 | $42.6365 |
| BUY | 11/15/2005 | 9,900 | $33.1060 |
| SELL | 12/1/2005 | 29,600 | $19.8617 |
| BUY | 12/15/2005 | 3,400 | $17.3691 |

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ATAGUN SERIFSOY, On Behalf of Himself and All Others Similarly Situated, ) ) ) | Civil Action No. 05-CV-23370 |
| Plaintiff, ) ) ) | Judge Paul C. Huck |
| vs. ) ) ) | |
| SFBC INTERNATIONAL INC., LISA KRINSKY, ARNOLD HANTMAN, and E. COOPER SHAMBLEN, ) ) ) ) ) | |
| Defendants. ) ) | |

(See additional captions on subsequent pages)

**DECLARATION OF DAVID R. MALONE IN SUPPORT OF THE MOTION OF THE ARKANSAS TEACHER RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS**

|  |  |
|---|---|
| RICHARD FREEMAN, On Behalf of Himself and All Others Similarly Situated, | Civil Action No. 06-CV-20059 |
| | Judge Paul C. Huck |
| Plaintiff, | |
| vs. | |
| SFBC INTERNATIONAL INC., LISA KRINSKY, ARNOLD HANTMAN, and E. COOPER SHAMBLEN, | |
| Defendants. | |

|  |  |
|---|---|
| JACK and DIANA KUPER, Jointly and On Behalf of Themselves and All Others Similarly Situated, | Civil Action No. 06-CV-20120 |
| | Judge Paul C. Huck |
| Plaintiffs, | |
| vs. | |
| SFBC INTERNATIONAL INC., LISA KRINSKY, ARNOLD HANTMAN, and E. COOPER SHAMBLEN, | |
| Defendants. | |

|  |  |
|---|---|
| DENNIS A. KOLTUN, On Behalf of Himself and All Others Similarly Situated, | Civil Action No. 06-CV-20122 |
| | Judge Paul C. Huck |
| Plaintiff, | |
| vs. | |
| SFBC INTERNATIONAL INC., LISA KRINSKY, ARNOLD HANTMAN, and E. COOPER SHAMBLEN, | |
| Defendants. | |

|  |  |
|---|---|
| CHRISTIAN MONTERO, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SFBC INTERNATIONAL INC., LISA KRINSKY, ARNOLD HANTMAN, DAVID NATAN, MARC LeBEL and E. COOPER SHAMBLEN,<br><br>Defendants. | Civil Action No. 06-CV-20124<br><br>Judge Paul C. Huck<br><br>Magistrate Judge Andrea M. Simonton |

David R. Malone, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I respectfully submit this Declaration in support of the application of the Arkansas Teacher Retirement System ("Arkansas Teachers") for appointment as Lead Plaintiff in the above-captioned cases pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") and approval of its selection of Bernstein Litowitz Berger & Grossmann LLP to serve as lead counsel for the class.  I have personal knowledge about the information in this Declaration.

2.      I am the Executive Director of Arkansas Teachers, which provides retirement benefits to the employees of the education system of the State of Arkansas. Arkansas Teachers is a public pension fund with net assets in excess of $9 billion.  As reflected in the accompanying Certification, Arkansas Teachers purchased both convertible senior notes and common stock of SFBC International, Inc. ("SFBC") during the period from August 4, 2003 through and including December 15, 2005 (the "Relevant Period").  Those purchases resulted in substantial losses caused by the violations of the federal securities laws alleged in this Action.  (*See* accompanying Certification of Arkansas Teachers.)  As Executive Director of Arkansas Teachers, I have experience supervising counsel, monitoring to ensure that counsel work efficiently and do not incur unnecessary legal expenses, and acting in a fiduciary capacity, and I am committed to doing so in this Action.

3.      Arkansas Teachers understands its responsibility as lead plaintiff under the PSLRA, including the responsibility to keep fully informed concerning the status and progress of this Action, to supervise and monitor class counsel, and to work with class counsel to maximize any recovery for the class.  Arkansas Teachers also understands that

as Lead Plaintiff it will owe a fiduciary duty to all members of the class to provide fair and adequate representation and work actively with class counsel toward obtaining the largest possible recovery for the proposed Class in a manner consistent with good faith and meritorious advocacy.

4.   Arkansas Teachers has discussed with its counsel the subject of fees and understands its duty to ensure that the fees paid to counsel are fair and reasonable.  While Arkansas Teachers is aware that any fees awarded to counsel are subject to the approval of the Court, if appointed as lead plaintiff, Arkansas Teachers will do its best to ensure that any fee sought by counsel is fair and reasonable under the circumstances.

5.   Arkansas Teachers has ample resources and is committed to working closely with class counsel to obtain the best possible recovery for the Class.  I will continue to remain fully informed at all times of the status and progress of this Action, the strengths and weaknesses of the case, and the prospects for any resolution.  As Lead Plaintiff, Arkansas Teachers will consult with Lead Counsel with respect to each major litigation event, such as important motions, settlement discussions, trial preparations and trial.  Arkansas Teachers will have the authority and responsibility to direct counsel with respect to each of these events, while receiving the benefit of counsel's advice.  To the extent necessary, representatives of Arkansas Teachers will also attend hearings and trial.

2

I declare under penalty of perjury that the foregoing is true and correct to the best

of my knowledge.

Executed this 6th day of March, 2006.

David R. Malone
Executive Director
Arkansas Teacher Retirement System

3

# EXHIBIT C

**Loss Calculation: 2.25% Convertible Senior Notes due 2024**
**SFBC International Inc.**
**Arkansas Teacher Retirement System**
**Relevant Period:  8/04/03 - 12/15/05**

*Opening balance as of the beginning of the relevant period is zero.*

**PURCHASES**

| Transactions | Trade Date | Par Amount | Price* | Cost |
|---|---|---|---|---|
| BUY | 11/18/2004 | $760,000 | 116.7160 | $887,041.60 |
| BUY | 11/19/2004 | $510,000 | 118.3180 | $603,421.80 |
| BUY | 11/22/2004 | $1,015,000 | 118.2850 | $1,200,592.75 |
| BUY | 11/23/2004 | $510,000 | 120.6630 | $615,381.30 |
| BUY | 1/18/2005 | $505,000 | 117.0310 | $591,006.55 |
| BUY | 2/24/2005 | $1,210,000 | 123.9070 | $1,499,274.70 |
| *Total Amount Purchased:* | | $4,510,000 | *Cost:* | $5,396,718.70 |

**SALES**

| Transactions | Trade Date | Par Amount | Price* | Proceeds |
|---|---|---|---|---|
| SELL | 4/18/2005 | $755,000 | 95.7300 | $722,761.50 |
| SELL | 11/3/2005 | $1,510,000 | 97.2423 | $1,468,358.73 |
| SELL | 11/16/2005 | $2,245,000 | 85.7414 | $1,924,894.43 |
| *Total Amount Sold:* | | $4,510,000 | *Proceeds:* | $4,116,014.66 |

| | |
|---|---|
| Cost for purchase of $4,510,000 par amount: | $5,396,718.70 |
| Proceeds for sale of $4,510,000 par amount: | $4,116,014.66 |
| **Total Loss:** | **-$1,280,704.04** |

*\*Price is expressed as a percentage of the par value.*

**Loss Calculation: COMMON STOCK**
**SFBC International Inc.**
**Arkansas Teacher Retirement System**
**Relevant Period:  8/04/03 - 12/15/05**

*Opening balance as of the beginning of the relevant period is zero.*

<u>**PURCHASES**</u>

| Transactions | Trade Date | Shares | Price Per Share | Cost |
|---|---|---|---|---|
| BUY | 10/20/2005 | 18,100 | $41.5291 | $751,676.71 |
| BUY | 10/21/2005 | 1,600 | $42.6365 | $68,218.40 |
| BUY | 11/15/2005 | 9,900 | $33.1060 | $327,749.40 |
| BUY | 12/15/2005 | 3,400 | $17.3691 | $59,054.94 |
| *Total Amount Purchased:* | | 33,000 | *Cost:* | $1,206,699.45 |

<u>**SALES**</u>

| Transactions | Trade Date | Shares | Price Per Share | Proceeds |
|---|---|---|---|---|
| SELL | 12/1/2005 | 29,600 | $19.8617 | $587,906.32 |
| SELL | 12/29/2005 | 3,400 | $16.3900 | $55,726.00 |
| *Total Amount Sold:* | | 33,000 | *Proceeds:* | $643,632.32 |

|  |  |
|---|---|
| Cost for purchase of 33,000 shares: | $1,206,699.45 |
| Proceeds for sale of 33,000 shares: | $643,632.32 |
| **Total Loss:** | **-$563,067.13** |

# EXHIBIT D

PRN 01/03 Wolf Popper LLP Files Securities Fraud Class Action Against

SFBC International Inc.


    NEW YORK, Jan. 3 /PRNewswire/ -- Wolf Popper LLP has filed a securities
fraud lawsuit, on behalf of all persons who purchased the securities of SFBC
International Inc. ("SFBC" or the "Company") (Nasdaq: SFCC) on the open market
during the period February 17, 2004 through December 15, 2005 (the "Class
Period").

    The action is pending in the United States District Court, Southern
District of Florida, against defendants SFBC, Lisa Krinsky (Chairman, COO),
Arnold Hantman (CEO), and E. Cooper Shamblen (V.P. Clinical Operations), and
is seeking remedies under the Securities Exchange Act of 1934.  The complaint
can be obtained from the Court or you can view or download a copy of the
complaint at http://www.wolfpopper.com/publications/currentCases.cfm.

    If you bought the securities of SFBC between February 17, 2004 to December
15, 2005, inclusive, and sustained damages, you may, no later than March 6,
2006, request that the Court appoint you as lead plaintiff.  Under certain
circumstances, one or more class members may together serve as "lead
plaintiff."  You may retain Wolf Popper LLP, or other counsel of your choice,
to serve as your counsel in this action.

    The complaint alleges that during the Class Period, the defendants
misrepresented SFBC's business conditions, prospects and financial results to
public investors by touting the Company's strong revenue, earnings, and its
ability to outperform competitors and obtain large contracts from drug
companies, because of the large numbers of participants its facilities could
handle, and its ability to quickly recruit participants for drug trials.  The
Company's financial success, however, was the result of business practices
that were improper and reckless, and if discovered, would cause the Company to
lose its credibility for accurate drug testing, and thus lose customers,
expose the Company to fines and possible lawsuits from victims of faulty
drugs, and face heavy regulation such that its ability to outperform
competitors and quickly recruit large groups of participants could no longer
be sustained.

    When the truth of defendants business practices was revealed to the market
beginning on November 2, 2005, through the end of the Class Period on December
15, 2005, SFBC's stock price fell from $41.49 to $15.78, a staggering 61.9%
drop.


    Wolf Popper LLP (http://www.wolfpopper.com) is a firm based in New York
City and is active in major litigations pending in federal and state courts
throughout the United States.  Wolf Popper has taken a leading role in many
important actions on behalf of defrauded investors, consumers, and others for
nearly 60 years.  Please contact the Wolf Popper website for more information

------------------------------------================------------------------------
                              Copyright (c) 2006                              ▯

about the firm.  If you wish to discuss this action, participate in this suit, or have any questions or concerns regarding this notice, or preservation of your rights, please contact:

  Emily DeMuro, Investor Relations (edemuro@wolfpopper.com) or James Kelly-Kowlowitz, Esq. (Jkelly@wolfpopper.com) - Wolf Popper LLP - 845 Third Avenue - New York - NY - 10022 Tel.:212.759.4600 - Toll Free:877.370.7703 - Fax: 212.486.2093 - Toll Free Fax: 877.370.7704 Email: irrep@wolfpopper.com

      Contact:  Wolf Popper LLP

              Emily DeMuro, Investor Relations
              212.451.9610


SOURCE  Wolf Popper LLP


CONTACT:
Emily DeMuro, Investor Relations of Wolf Popper LLP, 212-451-9610, or
edemuro@wolfpopper.com
-0- (PRN) Jan/03/2006 16:01 GMT

-------------------------------------=================================---------------------------------
Copyright (c) 2006

# EXHIBIT E

Public Pension Fund Intends to Pursue Expanded Securities Class
Action Claims Against SFBC International Inc., Announces Bernstein
Litowitz Berger & Grossmann LLP

NEW YORK, NY -- (MARKET WIRE) -- 02/28/06 --  The law firm of
Bernstein Litowitz Berger & Grossmann LLP today announced that it has
been retained by the Arkansas Teacher Retirement System ("Arkansas
Teachers") to pursue a securities class action on behalf of all
persons who purchased common stock or convertible senior notes of
SFBC International Inc. ("SFBC" or the "Company") (NASDAQ: SFCC)
between August 4, 2003 and December 15, 2005, inclusive (the "Class
Period").  This notice relates to prior notices which have been
published announcing the filing of class action lawsuits in the
United States District Courts for the Southern District of Florida
and the District of New Jersey on behalf of all persons who purchased
common stock or publicly traded securities of SFBC during the Class
Period.  As indicated in the prior notices, the deadline by which any
member of the Class may file a motion for appointment as lead
plaintiff in the pending lawsuits is March 6, 2006.  The previously
announced lawsuits assert claims under Sections 10(b) and 20(a) of
the Securities Exchange Act of 1934 (the "Exchange Act") on behalf of
SFBC common stock purchasers.

Arkansas Teachers intends to seek appointment as lead plaintiff to
pursue claims on behalf of all purchasers of SFBC common stock and
SFBC 2.25% Convertible Senior Notes due 2024 during the Class Period.
In addition to the claims that are asserted in the previously
announced lawsuits, Arkansas Teachers, if appointed as lead
plaintiff, intends to pursue:
*T
-- claims under Section 10(b) and 20(a) of the Exchange Act on behalf of
   purchasers of SFBC Convertible Senior Notes in an unregistered offering in
   August and September 2004,

-- claims under Section 10(b) and 20(a) of the Exchange Act and Sections
   11 and 12(a)(2) of the Securities Act of 1933 (the "Securities Act") on
   behalf of purchasers of Convertible Senior Notes who purchased pursuant to
   the Registration Statement filed on January 28, 2005 and the Prospectuses
   dated February 4 and February 24, 2005, and

-- claims under Sections 11 and 12(a)(2) of the Securities Act on behalf
   of purchasers of SFBC common stock in public offerings on or about October
   30, 2003 and March 9, 2005.

*T
SFBC provides clinical drug development services to pharmaceutical,
biotechnology, generic drug, and medical device companies.  Its
primary services are clinical tests of development-stage drugs in
human subjects who are paid to participate in the experiments.  On

----------------------------------=============================--------------------------------
                              Copyright (c) 2006

November 2, 2005, Bloomberg News reported that SFBC violated standard regulatory procedures in administering clinical trials for its clients by failing to adequately disclose the risks of trials before obtaining participants' "consent," enrolling participants in back-to-back trials without adhering to minimum waiting requirements, not contacting competing clinics to determine if its participants were enrolled in more than one drug trial at the same time, and using coercively back-loaded payment schedules to decrease the chance that a participant would report uncomfortable or adverse reactions to the drug.  The article also reported on conflicts of interest between SFBC and the institutional review board the Company hired to oversee the safety of its human drug testing and misleading statements by the Company about the professional credentials of its Chairman of the Board and President and its Chief Executive Officer and Treasurer. On December 1, 2005, the Company disclosed that it would have to reduce its principal trial center's capacity by 50% because it was in violation of the applicable building code.  On December 15, 2005, SFBC announced the results of its internal investigation into the allegations by Bloomberg, stating that SFBC executives threatened drug-test participants with deportation for reporting ethical violations to Bloomberg's reporters, and reported that the Company reduced its profit forecast for 2005 "as a direct result of one client canceling two signed contracts of ongoing studies due to the Bloomberg articles."  SFBC's Chairman and President, CEO and Treasurer, and Vice President for Legal Affairs have all resigned in response to the revelations of wrongdoing at SFBC.  The revelations raised issues concerning the accuracy of the Company's prior favorable statements about its business operations and compliance with legal and ethical requirements and caused massive losses for purchasers of the Company's common stock and Convertible Senior Notes.

Arkansas Teachers is a public pension fund system formed for the benefit of the current and former employees of Arkansas public schools and certain Arkansas state agencies, colleges and universities.  Arkansas Teachers has in excess of $9 billion in assets under management.

If you are a member of the Class, you may move the Court, through counsel of your choice, no later than March 6, 2006 for appointment as Lead Plaintiff.  A Lead Plaintiff is a representative party that acts on behalf of other Class members in directing the litigation.  A Class member need not seek appointment as Lead Plaintiff to share in any recovery.  To be a member of the Class, as distinct from Lead Plaintiff, you need not take any action at this time.  For additional information, you may contact: Douglas M. McKeige or Gerald H. Silk, Bernstein Litowitz Berger & Grossmann LLP, 1285 Avenue of the Americas, 38th Floor, New York, N.Y. 10019, telephone (212) 554-1400.

-------------------------------=================--------------------------------
                            Copyright (c) 2006

Page 3   of 3

CONTACT:
Bernstein Litowitz Berger & Grossmann LLP
New York, N.Y.
Gerald H. Silk
(212) 554-1400
Contact via http://www.marketwire.com/mw/emailprcntct?id=7F3DB2BEF56F9D9E

Provider ID: 06111512
-0- (MWR) Feb/28/2006 22:52 GMT

------------------------------=============================-------------------------------
Copyright (c) 2006

# EXHIBIT F

# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

### ATTORNEYS AT LAW

#### NEW YORK • CALIFORNIA • NEW JERSEY • LOUISIANA

## FIRM RESUME

Visit our web site at www.blbglaw.com for the most up-to-date information on the firm, its lawyers and practice groups.

Bernstein Litowitz Berger & Grossmann LLP, a firm of over 40 attorneys in offices located in New York, California, New Jersey and Louisiana, prosecutes class and private actions, nationwide, on behalf of individual and institutional clients. The firm's litigation practice concentrates in the areas of securities class actions in federal and state courts; corporate governance litigation, including claims for breach of fiduciary duty and proxy violations; antitrust; prosecuting violations of federal and state anti-discrimination laws and vindication of employee rights; and consumer class actions. We also handle, on behalf of major institutional clients and lenders, more general complex commercial litigation involving allegations of breach of contract, accountants' liability, breach of fiduciary duty, fraud and negligence.

We are the nation's leading firm in representing institutional investors in securities fraud class action litigation. The firm's institutional client base includes the New York State Common Retirement Fund, the California Public Employees Retirement System (CalPERS), and the New York City Pension Funds, the largest public pension funds in the United States, collectively managing over $300 billion in assets; the Los Angeles County Employees' Retirement Association (LACERA); the Chicago Municipal, Police and Labor Retirement Systems; the State of Wisconsin Investment Board; the Retirement Systems of Alabama; the Connecticut Retirement Plans and Trust Funds; the City of Detroit Pension Systems; the Houston Firefighters' and Municipal Employees' Pension Funds; the Louisiana School, State, Teachers and Municipal Police Retirement Systems; the Public School Teachers' Pension and Retirement Fund of Chicago; the New Jersey Division of Investment of the Department of the Treasury; TIAA-CREF and other private institutions; as well as numerous other public and Taft-Hartley pension entities.

Since its founding in 1983, Bernstein Litowitz Berger & Grossmann LLP has litigated some of the most complex cases in history. Unique among its peers, the firm has negotiated the largest settlements ever agreed to by public companies related to securities fraud, and obtained five of the seven largest securities recoveries in history.

As Co-Lead Counsel for the Class representing Lead Plaintiff the New York State Common Retirement Fund in *In re WorldCom, Inc. Securities Litigation,* arising from the financial fraud and subsequent bankruptcy at WorldCom, Inc., we obtained unprecedented settlements from the investment bank defendants who underwrote WorldCom bonds totaling more than $6 billion, the second largest securities recovery in history. Additionally, all of the former WorldCom Director Defendants agreed to pay over $60 million to settle the claims against them. An unprecedented first for outside directors, $24.75 million of that amount is coming out of the pockets of the individuals—20% of their collective net worth. Also, after four weeks of trial, Arthur Andersen, WorldCom's former auditor, settled for $65 million. In July 2005, settlements had been reached with the former executives of WorldCom, bringing the total obtained for the Class to over $6.15 billion.

The firm was also Co-Lead Counsel in *In re Cendant Corporation Securities Litigation,* which settled for more than $3 billion in cash. This settlement is the largest ever recovered from a public company and a public accounting firm and includes some of the most significant corporate governance changes ever achieved through securities class action litigation. The firm represented Lead Plaintiffs CalPERS, the New York State Common Retirement Fund, and the New York City Pension Funds on behalf of all purchasers of Cendant securities during the class period. In January 2005, the firm announced the $960 million settlement of In re McKesson HBOC Inc. Securities Litigation. Additionally, the firm was lead counsel in the celebrated In re Washington Public Power Supply System Litigation, which, after seven years of litigation and three months of jury trial, resulted in what was then the largest securities fraud settlement ever – over $750 million.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

In 2003, the firm, as Co-Lead Counsel representing numerous public pension fund and institutional investor Lead Plaintiffs, obtained two more of the largest securities settlements in history. A settlement package composed of cash, stock and warrants currently valued at greater than $600 million resolved the *In re Lucent Technologies, Inc. Securities Litigation*, and DaimlerChrysler agreed to pay $300 million to settle the *In re DaimlerChrysler Securities Litigation*.

The firm's prosecution of Arthur Andersen LLP, for Andersen's role in the 1999 collapse of the Baptist Foundation of Arizona ("BFA"), received intense national and international media attention. As lead trial counsel for the defrauded BFA investors, the firm obtained a cash settlement of $217 million from Andersen in May 2002, after six days of what was scheduled to be a three month trial. In combination with prospective BFA asset sales and a settlement with BFA's former law firm, it is expected that the over 11,000 retirees and investors will recover over 70% of their losses. The case was covered in great detail by *The Wall Street Journal, The New York Times, The Washington Post,* 60 Minutes II, National Public Radio and the BBC as well as various other international news outlets.

Equally important, Bernstein Litowitz Berger & Grossmann LLP has successfully advanced novel and socially beneficial principles by developing important new law in the areas in which we litigate.

The firm served as co-lead counsel on behalf of Texaco's African-American employees in *Roberts v. Texaco Inc.*, which similarly resulted in the largest settlement ever in a race discrimination case. The creation of a Task Force to oversee Texaco's human resources activities for five years was unprecedented and will, undoubtedly, serve as a model for public companies into the next century.

On behalf of twelve public pension funds, including the New York State Common Retirement Fund, CalPERS, LACERA and other institutional investors, the firm successfully prosecuted *McCall v. Scott*, a derivative suit filed against the directors and officers of Columbia/HCA Healthcare Corporation, the subject of the largest health care fraud investigation in history. This settlement, announced in February 2003, included a landmark corporate governance plan which went well beyond all recently enacted regulatory reforms, greatly enhancing the corporate governance structure in place at HCA.

In the consumer field, the firm has gained a nationwide reputation for vigorously protecting the rights of individuals and for achieving exceptional settlements. In several instances, the firm has obtained recoveries for consumer classes that represented the entirety of the class' losses – an extraordinary result in consumer class cases. Additionally, the firm has become a leader in the area of Internet Privacy and is counsel in several of the seminal cases that have been brought on behalf of Internet users whose personal information is being intercepted and sent to Web-based companies.

Our firm is dedicated to litigating with the highest level of professional competence, striving to secure the maximum possible recovery for our clients in the most efficient and professionally responsible manner. In those cases where we have served as either lead counsel or as a member of plaintiffs' executive committee, the firm has recovered billions of dollars for our clients.

## THE FIRM'S PRACTICE AREAS

### Securities Fraud Litigation

Securities fraud litigation is the cornerstone of the firm's class action litigation practice. Since its founding, the firm has tried and settled many high profile securities fraud class actions and continues to play a leading role in major securities litigation pending in federal and state courts. Moreover, since passage of the Private Securities Litigation Reform Act of 1995, which sought to encourage institutional investors to become more pro-active in securities fraud class action litigation, the firm has become the nation's leader in representing institutional investors in securities fraud and derivative litigation.

2

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

The firm has the distinction of having prosecuted many of the most complex and high-profile cases in securities law history, recovering billions of dollars and obtaining unprecedented corporate governance reforms on behalf of our clients. Several of the firm's high-profile current prosecutions and outstanding accomplishments as class counsel are detailed in our Recent Actions and Significant Recoveries section beginning on page 14.

The attorneys in the securities fraud litigation practice group have extensive experience in the laws that regulate the securities markets and in the disclosure requirements of corporations that issue publicly traded securities. Many of the attorneys in this practice group also have accounting backgrounds and one is a certified public accountants. The group has access to state-of-the-art, online financial wire services and databases, which enable them to instantaneously investigate any potential securities fraud action involving a public company's debt and equity securities.

## Corporate Governance and Shareholders' Rights

The corporate governance and shareholders' rights practice group prosecutes derivative actions, claims for breach of fiduciary duty and proxy violations on behalf of individual and institutional investors in state and federal courts throughout the country. The group has prosecuted actions challenging numerous highly publicized corporate transactions which violated fair process and fair price, and the applicability of the business judgment rule. The group has also addressed issues of corporate waste, shareholder voting rights claims, and executive compensation. As a result of the firm's high profile and widely recognized capabilities, the corporate governance practice group is increasingly in demand by institutional investors who are exercising a more assertive voice with corporate boards regarding corporate governance issues and the board's accountability to shareholders. A major component of the Cendant settlement referenced above is Cendant's agreement to adopt the most extensive corporate governance changes in history.

## Employment Discrimination and Civil Rights

The employment discrimination and civil rights practice group prosecutes class and multi plaintiff actions, and other high impact litigation against employers and other societal institutions that violate federal or state employment, anti-discrimination and civil rights laws. The practice group represents diverse clients on a wide range of issues including Title VII actions, race, gender, sexual orientation and age discrimination suits, sexual harassment and "glass ceiling" cases in which otherwise qualified employees are passed over for promotions to managerial or executive positions.

Bernstein Litowitz Berger & Grossmann LLP is committed to effecting positive social change in the workplace and in society. The practice group has the necessary financial and human resources to ensure that the class action approach to discrimination and civil rights issues is successful. This litigation method serves to empower employees and other civil rights victims, who are usually discouraged from pursuing litigation because of personal financial limitations, and offers the potential for effecting the greatest positive change for the greatest number of people affected by discriminatory practice in the workplace. As stated, the firm's practice group recently settled the Texaco Inc. racial discrimination lawsuit for $176 million, the largest settlement in the history of employment discrimination cases.

## Consumer Advocacy

The consumer advocacy practice group at Bernstein Litowitz Berger & Grossmann LLP prosecutes cases across the entire spectrum of consumer rights, consumer fraud and consumer protection issues. The firm represents victimized consumers in state and federal courts nationwide in individual and class action lawsuits that seek to provide consumers and purchasers of defective products with a means to recover their damages. The attorneys in this group are well versed in the vast array of laws and regulations that govern consumer interests and are aggressive, effective, court-tested litigators. The consumer practice advocacy group has recovered hundreds of millions of dollars for millions of consumers throughout the country. Most notably, in a number of cases, the firm has obtained recoveries for the class that were the entirety of the potential damages suffered by the consumer. For example, in recent actions against MCI and Empire Blue Cross, the firm recovered all of the damages suffered by the class.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

The group has achieved its successes by advancing innovative claims and theories of liabilities, such as obtaining recent decisions in Pennsylvania and Illinois appellate courts that adopted a new theory of consumer damages in mass marketing cases. Bernstein Litowitz Berger & Grossmann LLP is, thus, able to lead the way in protecting the rights of consumers. For example, the firm has recently become a recognized leader in the new area of Internet privacy, where it is prosecuting several seminal cases on behalf of Web users whose personal information has been unwittingly intercepted and sent to Internet companies in violation of federal statutes and state law.

## THE COURTS SPEAK

Throughout the firm's history, many courts have recognized the professional competence and diligence of the firm and its members. A few examples are set forth below.

Judge Denise Cote (United States District Court for the Southern District of New York), has noted, several times on the record, the quality of BLB&G's ongoing representation of the Class in *In re WorldCom, Inc. Securities Litigation*. Judge Cote on December 16, 2003:

> "I have the utmost confidence in plaintiffs' counsel . . . they have been doing a superb job. . . . The Class is extraordinarily well represented in this litigation."

More recently, in granting final approval of the $2.575 billion settlement obtained from the Citigroup Defendants, Judge Cote again praised BLB&G's efforts:

> "The magnitude of this settlement is attributable in significant part to Lead Counsel's advocacy and energy....The quality of the representation given by Lead Counsel...has been superb...and is unsurpassed in this Court's experience with plaintiffs' counsel in securities litigation. Lead Counsel has been energetic and creative.... Its negotiations with the Citigroup Defendants have resulted in a settlement of historic proportions."

\*   \*   \*

In February 2005, at the conclusion of trial of *In re Clarent Corporation Securities Litigation*, The Honorable Charles R. Breyer of the United States District Court for the Northern District of California praised the efforts of counsel: "It was the best tried case I've witnessed in my years on the bench....[A]n extraordinarily civilized way of presenting the issues to you [the jury]....We've all been treated to great civility and the highest professional ethics in the presentation of the case.... The evidence was carefully presented to you....They got dry subject matter and made it interesting... [brought] the material alive... good trial lawyers can do that.... I've had fascinating criminal trials that were far less interesting than this case. [I]t's a great thing to be able to see another aspect of life... It keeps you young...vibrant... [and] involved in things... These trial lawyers are some of the best I've ever seen."

\*   \*   \*

In granting the Court's approval of the resolution and prosecution of in *McCall v. Scott*, a shareholder derivative lawsuit against certain former senior executives of HCA Healthcare (formerly Columbia/HCA), Senior Judge Thomas A. Higgins (United States District Court, Middle District of Tennessee) said that the settlement "confers an exceptional benefit upon the company and the shareholders by way of the corporate governance plan. . . . Counsel's excellent qualifications and reputations are well documented in the record, and they have litigated this complex case adeptly and tenaciously throughout the six years it has been pending. They assumed an enormous risk and have shown great patience by taking this case on a contingent basis, and despite an early setback they have persevered and brought about not only a large cash settlement but sweeping corporate reforms that may be invaluable to the beneficiaries."

\*   \*   \*

Judge Walls (District of New Jersey), in approving the $3.2 billion *Cendant* settlement, said that the recovery from all defendants, which represents a 37% recovery to the Class, "far exceeds recovery rates of any case cited by the parties." The Court also held that the $335 million separate recovery from E&Y is "large" when "[v]iewed in light of recoveries against accounting firms for securities damages." In granting Lead Counsel's fee request, the Court

4

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

determined that "there is no other catalyst for the present settlement than the work of Lead Counsel. . . . This Court, and no other judicial officer, has maintained direct supervision over the parties from the outset of litigation to the present time. In addition to necessary motion practice, the parties regularly met with and reported to the Court every five or six weeks during this period about the status of negotiations between them. . . . [T]he Court has no reason to attribute a portion of the Cendant settlement to others' efforts; Lead Counsel were the only relevant material factors for the settlement they directly negotiated." The Court found that "[t]he quality of result, measured by the size of settlement, is very high. . . . The Cendant settlement amount alone is over three times larger than the next largest recovery achieved to date in a class action case for violations of the securities laws, and approximately ten times greater than any recovery in a class action case involving fraudulent financial statements. . . The E&Y settlement is the largest amount ever paid by an accounting firm in a securities class action." The Court went on to observe that "the standing, experience and expertise of the counsel, the skill and professionalism with which counsel prosecuted the case and the performance and quality of opposing counsel were high in this action. Lead Counsel are experienced securities litigators who ably prosecuted the action." The Court concluded that this Action resulted in "excellent settlements of uncommon amount engineered by highly skilled counsel with reasonable cost to the class."

\* \* \*

After approving the settlement in *Alexander v. Pennzoil Company*, the Honorable Vanessa D. Gilmore of the United States District Court for the Southern District of Texas ended the settlement hearing by praising our firm for the quality of the settlement and our commitment to effectuating change in the workplace. "... the lawyers for the plaintiffs ... did a tremendous, tremendous job. ... not only in the monetary result obtained, but the substantial and very innovative programmatic relief that the plaintiffs have obtained in this case ... treating people fairly and with respect can only inure to the benefit of everybody concerned. I think all these lawyers did an outstanding job trying to make sure that that's the kind of thing that this case left behind."

\* \* \*

On February 23, 2001, the United States District Court for the Northern District of California granted final approval of the $259 million cash settlement in *In re 3Com Securities Litigation*, the largest settlement of a securities class action in the Ninth Circuit since the Private Securities Litigation Reform Act was passed in 1995, and the fourth largest recovery ever obtained in a securities class action. The district court, in an Order entered on March 9, 2001, specifically commented on the quality of counsel's efforts and the settlement, holding that "counsel's representation [of the class] was excellent, and ... the results they achieved were substantial and extraordinary." The Court described our firm as "among the most experienced and well qualified in this country in [securities fraud] litigation."

\* \* \*

United States District Judge Todd J. Campbell of the Middle District of Tennessee heard arguments on Plaintiffs' Motion for Preliminary Injunction in *Cason v. Nissan Motor Acceptance Corporation Litigation*, the highly publicized discriminatory lending class action, on September 5, 2001. He exhibited his own brand of candor in commenting on the excellent work of counsel in this matter: "In fact, the lawyering in this case... is as good as I've seen in any case. So y'all are to be commended for that."

\* \* \*

In approving the $30 million settlement in the *Assisted Living Concepts, Inc. Securities Litigation*, the Honorable Ann L. Aiken of the Federal District Court in Oregon, praised the recovery and the work of counsel. She stated that, "...without a doubt...this is a...tremendous result as a result of very fine work...by the...attorneys in this case."

\* \* \*

The Honorable Judge Edward A. Infante of the United States District Court for the Northern District of California expressed high praise for the settlement and the expertise of plaintiffs' counsel when he approved the final settlement in the *Wright v. MCI Communications Corporation* consumer class action. "The settlement. . . . is a very favorable settlement to the class. . . . to get an 85% result was extraordinary, and plaintiffs' counsel should be complimented for it on this record. . . . The recommendations of experienced counsel weigh heavily on the court. The lawyers before me are specialists in class action litigation. They're well known to me, particularly Mr. Berger, and I have confidence that if Mr. Berger and the other plaintiffs' counsel think this is a good, well-negotiated settlement, I find it is." The case was settled for $14.5 million.

5

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

\*    \*    \*

At the *In re Computron Software, Inc. Securities Litigation* settlement hearing, Judge Alfred J. Lechner, Jr. of the United States District Court for the District of New Jersey approved the final settlement and commended Bernstein Litowitz Berger & Grossmann's efforts on behalf of the Class. "I think the job that was done here was simply outstanding. I think all of you just did a superlative job and I'm appreciat[ive] not only for myself, but the court system and the plaintiffs themselves. The class should be very, very pleased with the way this turned out, how expeditiously it's been moved." In In re Computron Software, Inc. Securities Litigation was a securities fraud class action filed on behalf of shareholders who purchased Computron common stock at inflated prices due to alleged misrepresentation about the company's financial obligation. The case settled for $15 million dollars.

\*    \*    \*

The *In re Louisiana-Pacific Corporation Securities Litigation*, filed in the United States District Court, District of Oregon, was a securities class action alleging fraud and misrepresentations in connection with the sale of defective building materials. Our firm, together with co-lead counsel, negotiated a settlement of $65.1 million, the largest securities fraud settlement in Oregon history, which was approved by Judge Robert Jones on February 12, 1997. The Court there recognized that ". . . the work that is involved in this case could only be accomplished through the unique talents of plaintiffs' lawyers . . . which involved a talent that is not just simply available in the mainstream of litigators."

\*    \*    \*

Judge Kimba M. Wood of the United States District Court for the Southern District of New York, who presided over the six-week securities fraud class action jury trial in *In re ICN/Viratek Securities Litigation*, also recently praised our firm for the quality of the representation afforded to the class and the skill and expertise demonstrated throughout the litigation and trial especially. The Court commented that ". . . plaintiffs' counsel did a superb job here on behalf of the class. . . This was a very hard fought case. You had very able, superb opponents, and they put you to your task. . . The trial work was beautifully done and I believe very efficiently done. . ."

\*    \*    \*

Similarly, the Court in the *In re Prudential-Bache Energy Income Partnership Securities Litigation*, United States District Court, Eastern District of Louisiana, recognized Bernstein Litowitz Berger & Grossmann LLP's ". . . professional standing among its peers." In that case, which was settled for $120 million, our firm served as Chair of Plaintiffs' Executive Committee.

\*    \*    \*

In the landmark securities fraud case, *In re Washington Public Power Supply System Litigation* (United States District Court, District of Arizona), the district court called the quality of representation "exceptional," noting that "[t]his was a case of overwhelmingly unique proportions. . . a rare and exceptional case involving extraordinary services on behalf of Class plaintiffs." The Court also observed that "[a] number of attorneys dedicated significant portions of their professional careers to this litigation, . . . champion[ing] the cause of Class members in the face of commanding and vastly outnumbering opposition. . . [and] in the face of uncertain victory. . . . [T]hey succeeded admirably."

\*    \*    \*

Likewise, in *In re Electro-Catheter Securities Litigation*, where our firm served as co-lead counsel, Judge Nicholas Politan of the United States District Court for New Jersey said:

> Counsel in this case are highly competent, very skilled in this very specialized area and were at all times during the course of the litigation...always well prepared, well spoken, and knew their stuff and they were a credit to their profession. They are the top of the line.

\*    \*    \*

In our ongoing prosecution of the *In re Bennett Funding Group Securities Litigation*, the largest "Ponzi scheme" fraud in history, partial settlements totaling over $140 million have been negotiated for the class. While the action continues to be prosecuted against other defendants, the United States District Court for the Southern District of New York has already found our firm to have been "extremely competent" and of "great skill" in representing the class.

6

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

## CLIENTS AND FEES

Most of the firm's clients are referred by other clients, law firms and lawyers, bankers, investors and accountants. A considerable number of clients have been referred to the firm by former adversaries. We have always maintained a high level of independence and discretion in the cases we decide to prosecute. As a result, the level of personal satisfaction and commitment to our work is high.

As stated, our client roster includes many large and well known financial and lending institutions and pension funds, as well as privately held corporate entities which are attracted to our firm because of our reputation, particular expertise and fee structure.

We are firm believers in the contingency fee as a socially useful, productive and satisfying basis of compensation for legal services, particularly in litigation. Wherever appropriate, even with our corporate clients, we will encourage a retention where our fee is at least partially contingent on the outcome of the litigation. This way, it is not the number of hours worked that will determine our fee but, rather, the result achieved for our client.

7

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

## IN THE PUBLIC INTEREST

Bernstein Litowitz Berger & Grossmann LLP is guided by two principles: excellence in legal work and a belief that the law should serve a socially useful and dynamic purpose. Attorneys at the firm are active in academic, community and pro bono activities, as well as participating as speakers and contributors to professional organizations. In addition, the firm endows a public interest law fellowship and sponsors an academic scholarship at Columbia Law School.

**The Bernstein Litowitz Berger & Grossmann Public Interest Law Fellowship**, Columbia Law School. BLB&G is committed to fighting discrimination and effecting positive social change. In support of this commitment, the firm donated funds to Columbia Law School to create the Bernstein Litowitz Berger & Grossmann Public Interest Law Fellowship. This newly endowed fund at Columbia Law School will provide two or three Fellows with 100% of the funding needed to make payments on their law school tuition loans so long as such graduates remain in the public interest law field. The Bernstein Litowitz Berger & Grossmann Fellows will be able to leave law school free of any law school debt if they make a long term commitment to public interest law.

**Firm sponsorship of *inMotion*, New York, NY.** BLB&G is a sponsor of inMotion, a non-profit organization in New York City dedicated to providing pro bono legal representation to indigent women, principally battered women, in connection with the myriad legal problems they face. The organization trains and supports the efforts of New York lawyers, typically associates at law firms or in-house counsel, who provide *pro bono* counsel to these women. Several members and associates of the firm volunteer their time and energies to help women who need divorces from abusive spouses, or representation on legal issues such as child support, custody and visitation. To read more about inMotion and the remarkable services it provides, visit the organization's website at www.inmotiononline.org.

**The Paul M. Bernstein Memorial Scholarship**, Columbia Law School. Paul M. Bernstein was the founding senior partner of the firm. Mr. Bernstein led a distinguished career as a lawyer and teacher and was deeply committed to the professional and personal development of young lawyers. The Paul M. Bernstein Memorial Scholarship Fund is a gift of the firm of Bernstein Litowitz Berger & Grossmann LLP, and the family and friends of Paul M. Bernstein. Established in 1990, the scholarship is awarded annually to one or more second-year students selected for their academic excellence in their first year, professional responsibility, financial need and contributions to fellow students and the community.

**Firm sponsorship of City Year New York**, New York, NY. BLB&G is also an active supporter of City Year New York, a division of AmeriCorps. The program was founded in 1988 as a means of encouraging young people to devote time to public service and unites a diverse group of volunteers for a demanding year of full-time community service, leadership development and civic engagement. Through their service, corps members experience a rite of passage that can inspire a lifetime of citizenship and build a stronger democracy.

8

# EXHIBIT G

# BERMAN DEVALERIO PEASE
## TABACCO BURT & PUCILLO

### THE FIRM

The law firm of Berman DeValerio Pease Tabacco Burt & Pucillo prosecutes class actions nationwide on behalf of victims of securities and antitrust law violations. Founded in 1982, Berman DeValerio has 34 attorneys in offices in Boston, San Francisco, and West Palm Beach.  The firm holds leadership positions in dozens of securities and antitrust actions around the country.

The attorneys at Berman DeValerio have prosecuted hundreds of class actions on behalf of defrauded individuals and institutions, recovering billions of dollars overall for clients. In addition to the financial recoveries, the firm has achieved significant changes in corporate governance.

The firm acts as monitoring, evaluation, and/or litigation counsel to more than 45 public and Taft-Hartley pension funds, including some of the nation's largest.  In antitrust matters, the firm's institutional clients include the State of Florida and Aetna U.S. Healthcare, Inc.

### RESULTS

#### Securities Settlements

The firm has negotiated substantial settlements for its clients.  The following is a sample of significant results in securities litigation:

As counsel to court-appointed bondholder representatives the County of Fresno, Calif., and the Fresno County Employees' Retirement Association in In Re: WorldCom, Inc. Sec. Litig., 02civ3288 (S.D.N.Y.), Berman DeValerio helped a team of lawyers representing the New York State Common Retirement Fund obtain a settlement from underwriters worth more than $6 billion as of March 17, 2005.  Claims against some defendants remain pending.

In In Re: Bristol-Myers Squibb Sec. Litig., 02CV2251 (S.D. N.Y.),  Berman DeValerio represented the Fresno County Employees' Retirement Association and the Louisiana State Employees' Retirement System as lead plaintiffs. The firm negotiated a cash settlement of $300 million in July 2004.  The settlement is the largest by a drug company in a U.S. securities fraud case.

Berman DeValerio represented the Louisiana Municipal Police Employees Retirement System as co-lead plaintiff in In Re: Symbol Technologies, Inc. Sec. Litig., 2:02cv01383 (E.D.N.Y.), obtaining a $139 million partial settlement in June 2004.  Lead plaintiffs continue to prosecute the claims against individual defendants.  A separate lawsuit is pending against Symbol's former auditor, Deloitte & Touche LLP.

As co-lead counsel in In Re: Lernout & Hauspie Products, N.V., Securities Litigation, 00-CV-11589 (PBS) (D. Mass.), Berman DeValerio negotiated the third largest settlement ever paid by accounting firms in a securities class action – a $115 million agreement with the U.S. and Belgian affiliates of KPMG International to settle claims of accounting malpractice.  The case stemmed from KPMG's work for Lernout & Hauspie Speech Products, a software company driven into bankruptcy by a fraud scandal. The firm has reached additional partial settlements worth $5.5 million. The case is continuing against other defendants, including Lernout & Hauspie's former top officers, who are currently facing criminal charges in Belgium.

In Oracle Cases, Coordination Proceeding, Special Title (Rule 1550(b)) No. 4180 (Cal. Sup. Ct., SM Cty.).  In this coordinated derivative action, Oracle Corporation shareholders allege that the company's CEO, Lawrence J. Ellison, profited from illegal insider trading. Acting as co-lead counsel, the firm reached a settlement under which Mr. Ellison would personally make a charitable donation of $100 million over five years in Oracle's name to an institution or charity that is approved by the company and pay $22 million in attorneys' fees and expenses associated with the prosecution of the case. This innovative agreement, approved by a judge in December 2005, benefits Oracle through increased goodwill and brand recognition, while minimizing issues that would be raised by a payment from Mr. Ellison to the company, of which he is a large shareholder. In addition, the lawsuit has resulted in important changes to Oracle's insider trading policies that decrease the chances that an insider will trade in possession of material, non-public information. Under the agreement, Mr. Ellison denies any alleged wrongdoing and the parties acknowledge that the settlement does not constitute an admission of wrongdoing.

In Re: Reliant Energy, Inc. Sec. Litig., 02-cv-1810 (S.D. Tex.).  As lead counsel representing the Louisiana Municipal Police Employees' Retirement System, the firm negotiated a $75 million cash settlement from the company and Deloitte & Touche LLP, an underwriter of its 2001 initial stock offering.  A settlement agreement was announced in July 2005.  The settlement requires Court approval.

Berman DeValerio acted as sole lead counsel in a case against Enterasys Networks, Inc., in which the Los Angeles County Employees' Retirement Association was lead plaintiff. In Re: Enterasys Networks, Inc. Securities Litigation, 02-CV-71 (D.H.H.) settled in October 2003 for $17 million in cash, stock valued at $33 million, and major corporate governance improvements that opened the computer networking company to greater public scrutiny.  Changes included requiring the company to back a proposal to eliminate its staggered board of directors, allowing certain large shareholders to propose candidates

2

to the board, and expanding the company's annual proxy disclosures. The settlement received court approval in December 2003.

Representing the Teachers' Retirement System of Louisiana as co-lead plaintiff, Berman DeValerio negotiated a $30.5 million partial settlement in In Re: SmartForce PLC Securities Litigation, Case No. 02-CV-544 (PJB) (D. N.H.). The agreement received court approval in September 2004. The case is continuing against the company's auditors Ernst & Young Chartered Accountants and Ernst & Young, LLP.

In In Re: Warnaco Group, Inc. Securities Litigation, 00civ6266 (LMM) (S.D.N.Y.), the firm negotiated a $12.85 million settlement against several current and former top officers of the company. The firm represented the Fresno County Employees Retirement Association as co-lead plaintiff in the case.

The firm represented the Florida State Board of Administration as co-lead plaintiff in In Re: Sykes Enterprises, Inc. Sec. Litig., Case No. 8:00-CV-212-T-26F (M.D. Fla.), in which Sykes Enterprises was accused of using improper means to match the company's earnings with Wall Street's expectations. The firm negotiated a $30 million settlement, which received final approval in March 2003.

The firm served as co-lead counsel in In Re: Thomas & Betts Securities Litigation, Civil Action No. 2:00cv2127 (JPM) (W.D. Tenn.), which settled for $51 million in 2004. Plaintiffs in this action had accused the company and other defendants of issuing false and misleading financial statements for 1996, 1997, 1998, 1999 and the first two quarters of 2000.

A member of the executive committee representing plaintiffs, Berman DeValerio secured a $45 million settlement in Giarraputo v. UNUMProvident Corp., cv99-301-P-C (D. Me.), a lawsuit stemming from the 1999 merger that created UNUMProvident. Shareholders of both predecessor companies accused the insurer of misleading the public about its business condition before the merger. The settlement received final approval in June 2002.

In In Re: Critical Path, Inc. Securities Litigation, C-01-0551-WHA (N.D. Ca.), the firm negotiated a $17.5 million recovery to settle claims of accounting improprieties at a California software development company. The firm, representing the Florida State Board of Administration, was appointed sole lead counsel in August of 2001. Allegations of serious fraud arose shortly after the spectacular collapse of Critical Path's stock price and certain former officers were indicted for stock fraud. The difficulties facing the lead plaintiff related to marshalling all available resources to secure a recovery for the class as Critical Path teetered on bankruptcy. Following arduous negotiations, the case settled for $17.5 million. The settlement was approved in June 2002.

As one of co-lead counsel in In Re: Molten Metal Technology Inc. Sec. Litig., No. 97-10325-MLW(D. Mass.) and Axler v. Scientific Ecology Group, Inc., et al., No. MLW (D.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

Mass.), the Boston office played a key role in settling the actions after Molten Metal and several affiliates filed a petition for bankruptcy reorganization in Massachusetts. The individual defendants and the insurance carriers in <u>Molten Metal</u> agreed to settle for $11.91 million. After the bankruptcy trustee objected to the use of insurance proceeds for the settlement, the parties agreed to pay the trustee $1.325 million of the <u>Molten Metal</u> settlement. The parties also agreed to settle claims against Scientific Ecology Group for $1.25 million, giving Molten Metals investors $11.835 million.

In <u>In Re: Interspeed, Inc. Sec. Litig.</u>, 00-CV-12090-EFH (D. Mass.), the Boston office served as co-lead counsel and negotiated a $7.5 million settlement on behalf of the class. The settlement was reached in an early stage of the proceedings largely as a result of the financial condition of Interspeed and the need to salvage a recovery from its available assets and insurance.

In <u>In re Avant, Sec. Litig.</u>, 96 CV 20132 (N.D. Cal.), Avant!, a software company, was charged with securities fraud in connection with its alleged theft of a competitor's software code, which Avant! incorporated into its flagship software product. Serving as lead counsel, the firm recovered $35 million for the class. The recovery resulted in each eligible class claimant receiving almost 50% of losses net of attorneys' fees and expenses.

The Boston office, as co-lead counsel in <u>In Re: Summit Technology Sec. Litig.</u>, No. 96-11589-JLT (D. Mass.), negotiated a settlement consisting of $10 million for the benefit of the class. The action was intensely litigated for four years, resulting in motion practice on the adequacy of the complaint and the issue of class certification, the review and analysis of over a million pages of documents produced by the defendants and 40 third-party witnesses, the depositions of 40 witnesses, the exchange of nine expert reports and the filing of and responding to nine motions for summary judgment.

<u>In Re: Prison Realty Sec. Litig.</u>, 3:99 CV 0452 (<u>In Re: Old CCA Sec. Litig.</u>) 3:99 CV 0458 (M.D. Tenn.). The firm represented the former shareholders of Corrections Corporation of America, which merged with another company to form Prison Realty Trust, Inc. The action charged that the registration statement issued in connection with the merger contained untrue statements. The firm successfully countered arguments that the class' claims for securities fraud were released in prior litigation involving the merger and overcame motions to dismiss. It negotiated a global settlement of approximately $120 million in cash and stock for this case and other related litigation.

The Boston office served as co-lead counsel in <u>Gelfer v. Pegasystems, Inc., et al.</u>, 98 CV 12527 (D. Mass.) and negotiated a settlement valued at $12.5 million consisting of $4.5 million in cash and $7.5 million in shares of the company's stock or cash at the company's option.

In <u>In Re: Sybase II, Sec. Litig.</u>, C-98-0252-CAL (N.D. Cal.), Sybase was charged with inflating its quarterly financial results by improperly recognizing revenue at its wholly

4

owned subsidiary in Japan. Acting as co-lead counsel, attorneys in the California office obtained a $28.5 million settlement.

In In Re: UCAR International, Inc. Sec. Litig., 98-CV-0600-JBA (D. Conn.), the firm represented the Florida State Board of Administration as the lead plaintiff in a securities claim arising from an accounting restatement. The case settled for $40 million cash and the requirement that UCAR appoint an independent director to its Board of Directors. The settlement was approved in 2000 and the lead plaintiff's recommended nominee is currently serving on the board. It was one of the first securities class actions to achieve such significant corporate governance relief.

The firm served as sole lead counsel in the class action In Re: Centennial Technologies Litigation, No. 97-10304-REK (D. Mass.) involving a massive accounting scandal that shot down the company's high-flying stock. The Boston office negotiated a settlement that permitted a turnaround of the company and provided a substantial recovery for class members. The firm negotiated changes in corporate practice, a strengthening of internal financial controls, and obtained 37% of the company's stock for the class. In addition, the firm recovered $20 million from Coopers & Lybrand, Centennial's auditor at the time – the largest settlement with an auditor in a shareholder class action in New England and among the largest in the nation. The firm also recovered $2.1 million from defendants Jay Alix & Associates and Lawrence J. Ramaekers for a total recovery of more than $35 million for the class.

In In Re: Exide Corp. Sec. Litig., 98 CV 6006 (E.D. Mich.), Exide was charged with having altered its inventory accounting system to artificially inflate profits by reselling used, outdated, or unsuitable batteries as new ones. The Boston office, as co-lead counsel for the class, recovered more than $10 million in cash for class members.

In In Re: Digital Lightwave Sec. Litig., 98-152-CIV-T-24C (M.D. Fla.), the Boston office acted as co-lead counsel and the Florida office acted as liaison counsel in negotiating a settlement that included changing company management and strengthening the company's internal financial controls so the company could be poised for a successful turnaround. In addition, the class received 1.8 million shares of freely tradable common stock that traded at just below $4 per share when the court approved the settlement. At the time the shares were distributed to the members of the class, the stock traded at approximately $100 per share and class members received more than 200% of their losses after the payment of attorneys' fees and expenses. The total value of the settlement, at the time of distribution to the class, was almost $200 million.

The Florida office acted as co-lead counsel in Ehrenreich v. Witter, 95 CV 6637 (S.D. Fla.) involving Sensormatic Electronics Corp., which resulted in a settlement of $53.5 million approved in 1998. It was one of the largest class-action settlements in the State of Florida.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

In <u>Hallet v. Li & Fung, Ltd., et al.</u>, 95 CIV 8917 (S.D.N.Y.) the company Cyrk Inc. was charged with misrepresenting its financial results and failing to disclose that its largest customer was ending its relationship with the company. In 1998, the Boston office successfully recovered more than $13 million for defrauded investors.

In <u>In Re: Valence Sec. Litig.</u>, 95-20459-JW (EAI) (N.D. Cal.), the California office served as co-lead counsel for the class litigating against a Silicon Valley-based company that overstated performance and development of an allegedly revolutionary battery technology. Following the Ninth Circuit's reversal of the District Court's granting summary judgment in defendants' favor, the case settled for $30 million in Valence common stock.

Berman DeValerio represented the Florida State Board of Administration (FSBA) in <u>Sand Point Partners, L.P. v. Pediatrix Medical Group, Inc.</u>, 99-6181-CIV-2LOCH (S.D. Fla.). The FSBA was appointed co-lead plaintiff along with several other public pension funds. The complaint accused Pediatrix of Medicaid billing fraud, claiming that the company illegally increased revenue and profit margins by improperly coding treatment rendered. The case settled for $12 million on the eve of trial in 2002, after completion of discovery. As co-lead counsel, the firm prosecuted the case through pre-trial proceedings.

The firm helped obtain an $11.5 million settlement for co-lead plaintiff Warburg, Dillon, Read, LLC (now UBS Warburg) in <u>In Re: CHS Electronics, Inc. Sec. Litig.</u>, 99-8186-CIV (S.D. Fla.).

Using a novel theory in <u>In Re: Fidelity/Micron Sec. Litig.</u>, 95 Civ. 12676 (D. Mass.), Berman DeValerio & Pease recovered $10 million in cash for Micron investors after a Fidelity Fund manager touted Micron while secretly selling the stock.

## Antitrust Settlements

Over the past two decades, Berman DeValerio has held leadership roles in scores of complex antitrust cases, negotiating substantial settlements for its clients. Among those results are the following:

The California office served as lead counsel in <u>In Re: Sorbates Direct Purchaser Antitrust Litigation</u>, Master File No. C 98-4886 CAL (N.D. Cal.), alleging that six manufacturers of sorbates, a food preservative, violated antitrust laws through participation in a worldwide conspiracy to fix prices and allocations to customers in the United States. The firm negotiated a partial settlement of $82 million with four of the defendants in 2000. Following intensive pretrial litigation, the firm achieved a further $14.5 million settlement with the two remaining defendants, Japanese manufacturers, in 2002. Total settlement achieved for the class was $96.5 million.

6

Attorneys in the Florida office acted as co-lead counsel and chief trial counsel in In Re: Disposable Contact Lens Antitrust Litigation, MDL 1030 (M.D. Fla.). Representing both a national class and the State of Florida, the firm helped secure settlements from defendants Bausch & Lomb and the American Optometric Association before trial and from Johnson & Johnson after five weeks of trial. The settlements were valued at more than $92 million and also included significant injunctive relief to make disposable contact lenses available at more discount outlets and at more competitive prices.

The California office negotiated a $62 million settlement in In Re: Toys "R" Us Antitrust Litigation, MDL 1211 (E.D.N.Y.) to answer claims that the retailer violated laws by colluding to cut off or limit supplies of popular toys to stores that sold the products at lower prices. A component of the settlement included $40 million worth of toys to needy children throughout the United States over a three-year period.

The California office served as co-lead counsel in In Re: Industrial Diamonds Antitrust Litigation, MDL-948 (WCC) (S.D.N.Y.) alleging General Electric and DeBeers conspired to fix, raise, and maintain the prices of industrial diamond products in violation of the federal antitrust laws. The action settled for a combined cash and coupon settlement valued at $26 million.

The firm played a significant role in one of the largest antitrust settlements on record in a case that involved alleged price-fixing by more than 30 Nasdaq Market-Makers on about 6,000 Nasdaq-listed stocks over a four-year period. The settlement, one of the largest of its kind at the time, was valued at near $1 billion.

Berman DeValerio attorneys also played a key role in obtaining a $535 million agreement from Bristol-Myers Squibb Co. to partially settle claims that the drug company had illegally blocked generic competition for its anxiety medication, BuSpar.

In another case involving generic drug competition, Berman DeValerio, as co-lead counsel, helped secure an $80 million settlement from French-German drug maker Aventis Pharmaceuticals and the Andrx Corporation of Florida. The payment to consumers, state agencies, and insurance companies settles claims that the companies conspired to prevent the marketing of a less expensive generic version of the blood pressure medication Cardizem CD. The state attorneys general of New York and Michigan joined that case in support of the class.

## LEADERSHIP ROLES

The firm has acted as lead or co-lead counsel in dozens of high profile cases, and has played an active role in some of the country's most prominent class actions. The following is a list of active cases where the firm is currently serving as lead or co-lead counsel for the class. This list does not include the numerous closed actions where the firm served as lead or co-lead counsel.

7

## Securities Class Actions

- In Re: Abercrombie & Fitch Co. Securities Litigation, M21-83 (TPG) (S.D.N.Y) – Member of the Executive Committee.

- In Re: Buca Inc. Securities Litigation, Civil Action No. 05-cv-1762 (D. Minn.)

- In Re: Oscar Wyatt v. El Paso Corp., Civil Action No. H-02-2717 (S.D. Tex.); Deputy Lead Counsel

- In Re: Fannie Mae Securities Litigation, 1:04-cv-1639 (RJL) (D. D.C.) – Co-lead Counsel.

- In re: GenesisIntermedia, Inc. Securities Litigation, 01cv9024 (C.D. Cal) – Co-lead Counsel.

- Hanley v. Warburg (Magma Copper), 96-390 (D. Ariz.) – Co-lead Counsel.

- Heartland High Yield Municipal Bond Fund et al., 00 C 1388 (JPS) (E.D. Wisc.) – Lead Counsel.

- In re: ICG Communications Inc. Securities Litigation, 00-CV-1864 (D. Colo.) – Co-lead Counsel.

- In Re: Philip Services Corp Securities Litigation, 98cv835 (MBM) (S.D.N.Y.), 99-7825 (2d Cir.) – Co-lead Counsel.

- In re Silicon Storage Tech., Inc. Securities Litigation, C-05-0295 (PJH) (N.D. Cal.)

- In Re: Stone & Webster, Inc. Securities Litigation, 00cv10874 (RCL) (D. Mass.) – Member of the Executive Committee and Liaison Counsel.

- In Re: Xcelera.com Securities Litigation, 1:00cv11649 (RWZ) (D. Mass.) – Co-lead Counsel.

- Carlson v. Xerox Corp., 3:00-CV-1621 (AWT) (D.Conn.) – Co-lead Counsel

## Antitrust Class Actions

- In Re: Canadian Car Antitrust Litigation.

8

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

- In Re: SBC Communications, Inc. Antitrust Litigation, (Lead Case No. 3:02CV1617 (DJS), D. Conn.) and Syncro Services v. Bell Atlantic Corp. (02 civ. 7650 (SHS), S.D. N.Y).

- In Re: Automotive Refinishing Paint Litigation, (JCCP4199, Superior Court of California, County of Alameda).

- Sample v. Monsanto et al. [Bioseeds Antitrust Litigation], (4:01cv00065RWS, E.D. Mo.).

- In Re: High Fructose Corn Syrup Antitrust Litigation, (95-1477, MDL No. 1087, C.D. Ill.).

- Samole v. Bayer Ag, et al. [Cipro Antitrust Litigation], (MDL1383, E.D. N.Y.). Koonan v. Barr Laboratories, Inc. [Tamoxifen Antitrust Litigation], (MDL 1408, E.D. N.Y.).

- Blevins v. Wyeth-Ayerst Laboratories, et al. [Premarin Antitrust Litigation], (CGC-01-324380, Superior Court of California, County of San Francisco).

- In Re: Neurontin Antitrust Litigation, (MDL1479, D. N.J.).

- In Re: Terazosin Hydrochloride Antitrust Litigation, [Hytrin], (99-MD-1317, S.D. Fla.).

- MC - UA Local 119 Health and Welfare Plan V. Glaxosmithkline, PLC et al. [Wellbutrin], (02-cv-4398, E.D. Pa.).

9

## TRIAL EXPERIENCE

The firm also has extensive experience in taking securities and antitrust class actions to trial.  Over the years, its attorneys have gone to trial against pharmaceutical companies in New York and Boston, a railroad conglomerate in Delaware, one of the nation's largest trustee banks in Philadelphia, a major food retailer in St. Louis and the top officers of a failed New England bank.  The firm also took an environmental products company to trial in Philadelphia and successfully argued the case before a federal appeals court.

The firm has been involved in more trials than most of the firms in the plaintiffs' class action bar.  Our trial experience includes In Re: Disposable Contact Lens Antitrust Litigation, MDL 1030 (M.D. Fla.) (settled for $60 million with defendant Johnson & Johnson after five weeks of trial); Hurley v. Federal Deposit Insurance Corp., 88 Civ. 1940 (D. Mass.) (bench verdict for plaintiffs); Howard Savings Bank, ($3 million plaintiffs' verdict following four week trial); In Re: Equitec Sec. Litig., ($35 million settlement at close of evidence following five month trial); In Re: ICN/Viratek Sec. Litig., 87 Civ. 4296 (S.D.N.Y.) (hung jury with 8-1 vote in favor of plaintiffs; the case settled for over $14.5 million after the trial); In Re: Biogen Sec. Litig., 94 Civ. 12177 (D. Mass.) (verdict for defendants); Peil v. Speiser, No. 82-1289 (E.D. Pa. 1985) (securities fraud class action, verdict for defendants after six-week trial, Court of Appeals affirms but adopts "fraud-on-the-market" rule for Third Circuit securities cases); Kumpis v. Wetterau, No. 83-0362-(C3) (E.D. MO Dec. 1985) (securities fraud class action, case settled in mid-trial); Upp v. Mellon, No. 91-5219 (E.D. Pa. 1992) (bench trial, court finds for class of trust beneficiaries in suit against trustee bank and orders disgorgement of fees; Third Circuit later reversed based on lack of jurisdiction).  The firm has the reputation and experience to take a case through verdict and appeal.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM